1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    KALIAPPAN STUBBS,

9                              Plaintiff,          CASE NO. C20-1459-JLR

10        v.

                                                   ORDER GRANTING APPLICATION
11   BELLEVUE POLICE DEPT., et al.,                TO PROCEED IN FORMA PAUPERIS

12                             Defendants.

13

14        Because plaintiff does not appear to have funds available to afford the $400.00 filing fee,

15   plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).

16   Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED.   However, the undersigned

17   recommends review under 28 U.S.C. § 1915(e)(2)(B).  The Clerk of the Court is directed to send

18   a copy of this Order to plaintiff and to the assigned District Judge.

19        DATED this 6th day of October, 2020.

20

21                                                 Mary Alice Theiler
                                                   United States Magistrate Judge
22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1