1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KALIAPPAN STUBBS,

                   Plaintiff,

     v.

BELLEVUE POLICE
DEPARTMENT, et al.,

                 Defendants.

CASE NO. C20-1459JLR

ORDER OF DISMISSAL

On December 16, 2020, the court dismissed Plaintiff Kaliappan Stubb's complaint

pursuant to 28 U.S.C. § 1915(e)(2)(B).  (Order (Dkt. # 8)); *see* 28 U.S.C.

§ 1915(e)(2)(B).  The court allowed Mr. Stubbs 21 days to amend his complaint.  (Order

at 5.)  The court indicated that if Mr. Stubbs failed to file an amended complaint within

the time allowed, the court would dismiss his complaint without leave to amend.  (*Id.*)

That deadline has now passed, and Mr. Stubbs has not timely amended his complaint.

*//*

ORDER - 1

1 | (*See* Dkt.)  Accordingly, the court DISMISSES Mr. Stubbs's complaint without leave to

2 | amend and without prejudice.

3 |     Dated this 2nd day of March, 2021.

4

5

6 | JAMES L. ROBART
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2